# ELECTRONIC RECORD

COA # 01-15-00135-CR       OFFENSE: 21.11 (Indecency w/Child)

STYLE: Pete Rodriguez v. The State of Texas       COUNTY: Harris

COA DISPOSITION: AFFIRM       TRIAL COURT: 182nd District Court

DATE: 01/12/2016       Publish: NO    TC CASE #: 1389063

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Pete Rodriguez v. The State of Texas    CCA #: **164-16**

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: 05/04/2016    SIGNED: _____    PC: _____

JUDGE: Per Curiam    PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**